**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1357**

─────────────

BOBBIE KENT, SR.,

                    Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                    Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-98-582-1)

─────────────

Submitted:  August 30, 2000          Decided:  September 6, 2000

─────────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Bobbie Kent, Sr., Appellant Pro Se. Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina; John Carl Stoner, SOCIAL SECURITY ADMINISTRATION, Atlanta, Georgia; Ushma Vishnu Narvil, UNITED STATES DEPARTMENT OF LABOR, Atlanta, Georgia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobbie Kent, Sr., appeals the district court's order finding that the Commissioner's denial of disability benefits was supported by substantial evidence. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kent v. Apfel, No. CA-98-582-1 (M.D.N.C. Jan. 27, 2000). We decline to address the issues contained in Kent's informal brief because he failed to raise these issues in the district court. See Bregman, Berbert & Schwartz, L.L.C. v. United States, 145 F.3d 664, 670 n.8 (4th Cir. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2